In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00103-CV

                                                ______________________________

 

 

                                                                  

 

                       IN THE GUARDIANSHIP OF GEORGE P. PIPES

 

                                                                  

 

 

                                                                                                  


 

 

                                            On Appeal from the County Court at Law

                                                             Bowie County, Texas

                                                     Trial Court No. 10C0603-CCL

 

                                                              
                                    

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                      MEMORANDUM OPINION

 

            George P.
Pipes, appellant, filed a motion to extend time to file his notice of appeal on
October 7, 2011, which was granted.  No
notice of appeal has been filed.

            On November
30, 2011, we contacted Pipes by letter, giving him an opportunity to cure this defect,
and warning him that if we did not receive an adequate response within ten days,
this appeal would be subject to dismissal for want of prosecution.  See
Tex. R. App. P. 42.3(b), (c).

            We have
received no communication from Pipes. 
Pursuant to Tex. R. App. P.
42.3(b), we dismiss this appeal for want of prosecution.

 

                                                                                    Bailey
C. Moseley

                                                                                    Justice

 

Date Submitted:          January
4, 2012

Date Decided:             January
5, 2012